# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SEASONS (HK) LTD. and SEASONS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DOLLAR TREE, INC., FAMILY DOLLAR STORES, INC., GREENBRIER INTERNATIONAL, INC., and MIDWOOD BRANDS, LLC, <br><br> Defendants. | Civil No. 2:22-cv-392-JRG-RSP |

**JOINT MOTION FOR ENTRY OF SECOND AMENDED DOCKET CONTROL ORDER**

Plaintiffs Seasons USA, Inc., and Seasons (HK) Ltd. and Defendants Dollar Tree Inc., Family Dollar Stores, Inc., Greenbrier International, Inc., and Midwood Brands, LLC., (collectively, "the Parties") submit this Joint Motion to further amend the Amended Docket Control Order of February 6, 2024 (Dkt. 30). The Parties agree that this Second Amended Docket Control Order is necessary for the Parties to complete discovery, mediation, and other pre-trial matters.

The Parties have conferred by phone and email and agree upon all aspects of the Second Amended Docket Control Order. For the foregoing reasons, the Parties respectfully request that the Second Amended Docket Control Order attached hereto be entered.

| | |
|---|---|
| Dated: April 24, 2024 | **FISH & RICHARDSON P.C.**<br><br>By: */s/ Bailey K. Benedict*<br>Neil J. McNabnay<br>mcnabnay@fr.com<br>Texas Bar No. 24002583<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Tel: (214) 747-5070<br>Fax: (214) 747-2091<br><br>Bailey K. Benedict<br>Texas Bar No. 24083139<br>benedict@fr.com<br>Joshua Park<br>Texas Bar No. 24121766<br>909 Fannin Street, Suite 2100<br>Houston, TX 77010<br>Tel: (713) 654-5300<br>Fax: (713) 652-0109<br><br>*Attorneys for Defendants*<br>*DOLLAR TREE, INC., FAMILY DOLLAR STORES, INC., GREENBRIER INTERNATIONAL, INC., and MIDWOOD BRANDS, LLC* |
| Dated: April 22, 2024 | **MUNSCH HARDT KOPF & HARR, P.C.**<br><br>By: */s/ Steven N. Williams*<br>Steven N. Williams<br>swilliams@munsch.com<br>Texas Bar No. 21577625<br>William Zac Duffy<br>zduffy@munsch.com<br>Texas Bar No. 24059697<br>Jay D. Evans<br>jdevans@munsch.com<br>Texas Bar No. 24131803<br>500 N. Akard Street, Suite 4000<br>Dallas, TX 75201<br>Tel: (214) 855-7500<br>Fax: (214) 855-7584<br><br>*Attorneys for Plaintiffs*<br>*SEASONS USA, INC. and SEASONS (HK) LTD.* |

## CERTIFICATE OF CONFERENCE

On April 23, 2024, pursuant to Local Rule CV-7(h), counsel for Defendants met and conferred with counsel for Plaintiffs. The Parties are in agreement and are jointly seeking the relief sought in this Motion.

*/s/ Bailey K. Benedict*
Bailey K. Benedict

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2024, I caused the foregoing document to be served upon all counsel of record via electronic mail.

*/s/ Bailey K. Benedict*
Bailey K. Benedict