IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEASONS (HK) LTD. and SEASONS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DOLLAR TREE, INC., FAMILY DOLLAR STORES, INC., GREENBRIER INTERNATIONAL, INC., and MIDWOOD BRANDS, LLC, <br><br> Defendants. | Civil No. 2:22-cv-392-JRG-RSP |

## [PROPOSED] SECOND AMENDED DOCKET CONTROL ORDER

| Current Deadline[1] | Amended Deadline | Description of Deadline |
|---|---|---|
| October 28, 2024 | January 27, 2025 | *Jury Selection – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| September 26, 2024 | January 6, 2025 | Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| September 5, 2024 | December 19, 2024 | If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date.[2] |
| | December 19, 2024 | File Joint Pretrial Order, Joint Proposed Jury Instructions and Form of the Verdict, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |

---

[1] As amended by this Court's Amended Docket Control Order issued February 6, 2024, at Dkt. 30.

[2] The Parties are referred to the Court's Standing Order Regarding Use of Juror Questionnaires in Advance of *Voir Dire*.

|  | December 12, 2024 | File Motions *in limine*<br><br>The parties are ordered to **meet and confer** on their respective motions *in limine* and **advise the court of any agreements in this regard by 1:00 p.m. three (3) business days before** the pretrial conference. The parties shall limit their motions *in limine* to those issues which, if improperly introduced into the trial of the case would be so prejudicial that the court could not alleviate the prejudice with appropriate instruction(s). |
|  | December 5, 2024 | Serve Pretrial Objections |
| August 29, 2024 | December 5, 2024 | File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov. |
| August 22, 2024 | November 21, 2024 | Serve Pretrial Disclosures |
|  | November 7, 2024 | Replies to Dispositive Motions. |
| August 8, 2024 | October 24, 2024 | Response to Dispositive Motions (including Daubert Motions).[3] Responses to dispositive motions filed prior to the dispositive motion deadline, including Daubert Motions, shall be due in accordance with Local Rule CV-7(e). Motions for Summary Judgment shall comply with Local Rule CV-56. |
| August 8, 2024 | October 17, 2024 | Defendant to Identify and Give Notice of Trial Witnesses |
| August 1, 2024 | October 10, 2024 | Plaintiff to Identify and Give Notice of Trial Witnesses |

---

[3] The parties are directed to Local Rule CV-7(d), which provides in part that "[a] party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." Local Rule CV-7(e) provides that a party opposing a motion has 14 days, in addition to any added time permitted under Fed. R. Civ. P. 6(d), in which to serve and file a response and any supporting documents, after which the court will consider the submitted motion for decision.

| July 25, 2024 | October 3, 2024 | Deadline for Filing Dispositive Motions and any other motions that may require a hearing; including Daubert motions. |
|---|---|---|
| June 27, 2024 | September 5, 2024 | Expert Discovery Deadline |
| June 6, 2024 | August 15, 2024 | Parties to designate responsive expert witnesses.[4] Expert witness reports due. Refer to Local Rules for required information |
| May 9, 2024 | May 23, 2024 | Mediation to be completed |
| May 9, 2024 | July 18, 2024 | Parties to designate expert witnesses for issues on which they have the burden of proof.[5] Expert witness report due, Refer to Local Rules for required information |
| April 18, 2024 | June 27, 2024 | Fact Discovery Deadline |
| April 18, 2024 | June 27, 2024 | Deadline to File Motions to Compel Regarding Discovery Disputes. |
| *April 4, 2024* | May 25, 2024 | Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| *March 28, 2024* | *[Already passed]* | File Response to Amended Pleadings |
| *March 14, 2024* | *[Already passed]* | File Amended Pleadings **(It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. It is necessary to file a Motion for Leave to Amend after the amended pleadings date set forth herein.)** |

---

[4] Defendants who are also Counterclaim Plaintiffs shall designate Expert Witnesses specific to such counterclaims at this deadline.

[5] Plaintiffs who are also Counterclaim Defendants, as well as third-party Counterclaim Defendants, shall designate Expert Witnesses specific to such counterclaims at this deadline.