IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Seasons (HK) Ltd., et al | § § § | |
| v. | § § § | CASE NO. 2:22-cv-00392-JRG-RSP |
| Dollar Tree, Inc., et al | § § § | |

## REPORT OF MEDIATION

The above-captioned case was mediated (in person) by David Folsom on Wednesday, June 26, 2024, between Seasons (HK), et al and Dollar Tree, Inc., et al. The mediation was suspended but the undersigned mediator will continue to work with the parties in an effort to settle.

Signed this Thursday, June 27, 2024.

/s/ David Folsom
David Folsom
TXBN: 07210800
6002-B Summerfield Drive
Texarkana, Texas 75503
Cell: 903 277-7303
Email: david@folsomadr.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this Thursday, June 27, 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ David Folsom
David Folsom