AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| SEASONS (HK) LTD. and SEASONS USA, INC. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-00392-JRG-RSP |
| DOLLAR TREE, INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dollar Tree, Inc., Family Dollar Stores, Inc., Greenbrier International, Inc. and Midwood Brands, LLC.

Date:  07/19/2024

*/s/ Ethan K. Kovar*
*Attorney's signature*

Ethan K. Kovar, 24138134
*Printed name and bar number*

Fish & Richardson P.C.
909 Fannin Street
Suite 2100
Houston, TX 77010
*Address*

kovar@fr.com
*E-mail address*

(713) 654-5300
*Telephone number*

(713) 652-0109
*FAX number*