# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| SEASONS (HK) LTD. and SEASONS USA, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:22-cv-00392-JRG-RSP |
| DOLLAR TREE, INC., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dollar Tree, Inc., Family Dollar Stores, Inc., Greenbrier International, Inc. and Midwood Brands, LLC.

Date:   08/07/2024

*/s/ Carl E. Bruce*
*Attorney's signature*

Carl E. Bruce, 24036278
*Printed name and bar number*

Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
*Address*

bruce@fr.com
*E-mail address*

(214) 747-5070
*Telephone number*

(214) 747-2091
*FAX number*